UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): _19 - 487_              Caption [use short title]

Motion for: _PERMISSION TO APPEAL IN FORMA PAUPERIS_

_RONALD OCASIO_

_V._

Set forth below precise, complete statement of relief sought:

_SEEKING AN APPOINTMENT OF COUNSEL IN ORDER TO FURTHER BRIEF THE DISTRICT COURT ON THE SAID ISSUES._

_UNITED STATES OF AMERICA_

RECEIVED 2019 MAY 15 PM 1:5_ CLERK'S OFFICE U.S. COURT OF AP_

MOVING PARTY: _RONALD OCASIO_          OPPOSING PARTY: _UNITED STATES OF AMERICA_

☐ Plaintiff            ☐ Defendant

☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: _RONALD OCASIO_       OPPOSING ATTORNEY: _SARAH EDDY (AUSA)_

[name of attorney, with firm, address, phone number and e-mail]

_GREEN HAVEN CORRECTIONAL FACILITY_     _ONE ST. ANDREW'S PLAZA_
_594 ROUTE 216_                         _NEW YORK, N.Y., 10007_
_STORMVILLE, N.Y., 12582_

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☑ Yes  ☐ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No If yes, enter date: _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

_____
_____
_____
_____

Signature of Moving Attorney:

_R. Ocasio_          Date: _MAY 13, 2019_  Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

Ronald OCASIO Din: 94A5445
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582

May 13, 2019

Clerk's Office
U.S. Court of Appeals
For the Second Circuit
U.S. Courthouse
40 Foley Square
New York, NY 10007

       Re: <u>OCASIO v. United States</u>,
           Docket No: 19-487

Dear Clerk of the Court:

      On May 9, 2019, I received the Strike Order dated May 1, 2019, notifying me that my motion for assignment of Pro-Bono counsel and motion to proceed in forma pauperis was remove from your calendar because of a defect.

      I, now, resubmit the enclosed documents to this court: a complete motion for assignment of Pro-Bono counsel and the motion to proceed in forma pauperis, as so cured by me. In compliance to this court's rules and regulations, I served a copy of said documents to Sarah Eddy (AUSA) at One St. Andrew's Plaza, New York, NY 10007.

      On another note, I would like to apprise this court about something important: I never received a copy of Docket No. 32, date April 12, 2019--the "staying of the successive motion pending further order of the court". In this regard, I respectfully request a copy of this order.

      Thank you for taking the time to address this matter. I remain.

                                    Respectfully,

                                      R. Ocasi

                                    Ronald OCASIO

cc: File

U.S. COURT OF APPEALS
CLERK'S OFFICE

2019 MAY 15 PM 1:57

RECEIVED

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal.  See Local Rule 24.1

Relying on Supreme Court Ruling in Sessions V. Dimaya, 138 S.Ct. 1204, which establish a Denial of Constitutional Rights. please see submitted motion filed on Feb. 20, 2019. on the above matter.

# UNITED STATES DISTRICT COURT
for the

SOUTHERN _____ DISTRICT OF ___NEW YORK___

RONALD OCASIO ,

        Plaintiff

v.

UNITED STATES OF AMERICA

        Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No. __19-487__

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
| --- | --- |
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _R. Ocasi_      Date: _MAY 13, 2019_

My issues on appeal are: RELYING ON SUPREME COURT RULING IN SESSIONS V. DIMAYA, 138 S. CT. 1204, WHICH SHOWS A DENIAL OF CONSTITUTIONAL RIGHTS.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ NA | $ 0 | $ NA |
| Self-employment | $ 0 | $ NA | $ 0 | $ NA |
| Income from real property (such as rental income) | $ 0 | $ NA | $ 0 | $ NA |
| Interest and dividends | $ 0 | $ NA | $ 0 | $ NA |
| Gifts | $ 0 | $ NA | $ 0 | $ NA |
| Alimony | $ 0 | $ NA | $ 0 | $ NA |
| Child support | $ 0 | $ NA | $ 0 | $ NA |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ NA | $ 0 | $ NA |
| Disability (such as social security, insurance payments) | $ 0 | $ NA | $ 0 | $ NA |
| Unemployment payments | $ 0 | $ NA | $ 0 | $ NA |
| Public-assistance (such as welfare) | $ 0 | $ NA | $ 0 | $ NA |
| Other (specify): | $ 0 | $ NA | $ 0 | $ NA |
| **Total monthly income:** | $ 0 | $ NA | $ 0 | $ NA |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | $ NA |
| NA | NA | NA | $ NA |
| NA | NA | NA | $ NA |

Rev. 12.1.2018

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | $ NA |
| NA | NA | NA | $ NA |
| NA | NA | NA | $ NA |

4. How much cash do you and your spouse have? $ NA

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ 0 | $ 0 |
| NONE | NONE | $ 0 | $ 0 |
| NONE | NONE | $ 0 | $ 0 |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ NONE | (Value) $ NONE | (Value) $ NONE |
| NONE | NONE | Make and year: NONE |
| | | Model: NONE |
| | | Registration #: NONE |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ NONE | (Value) $ NONE | (Value) $ NONE |
| Make and year: NONE | NONE | NONE |
| Model: NONE | NONE | NONE |
| Registration #: NONE | NONE | NONE |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $ NONE | $ NONE |
| NONE | $ NONE | $ NONE |
| NONE | $ NONE | $ NONE |
| NONE | $ NONE | $ NONE |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONE | NONE | NONE |
| NONE | NONE | NONE |
| NONE | NONE | NONE |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ NONE | $ NONE |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ NONE |
| Home maintenance (repairs and upkeep) | $ NONE | $ NONE |
| Food | $ NONE | $ NONE |
| Clothing | $ NONE | $ NONE |
| Laundry and dry-cleaning | $ NONE | $ NONE |
| Medical and dental expenses | $ NONE | $ NONE |
| Transportation (not including motor vehicle payments) | $ NONE | $ NONE |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ NONE |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ NONE | $ NONE |
|    Life: | $ NONE | $ NONE |
|    Health: | $ NONE | $ NONE |
|    Motor vehicle: | $ NONE | $ NONE |
|    Other: | $ NONE | $ NONE |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ NONE | $ NONE |
| Installment payments | | |
|    Motor Vehicle: | $ NONE | $ NONE |
|    Credit card (name): | $ NONE | $ NONE |
|    Department store (name): | $ NONE | $ NONE |
|    Other: | $ NONE | $ NONE |

Rev. 12.1.2018

| Alimony, maintenance, and support paid to others | $ | $O$ | $ | N A |
|---|---|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $O$ | $ | NA |
| Other (specify): | $ | $O$ | $ | N A |
| **Total monthly expenses:** | $ | $O$ | $ | N A |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☐ Yes ☑ No     *If yes, describe on an attached sheet.*

10.  *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

*If yes, how much? $*

11.  *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I AM CURRENTLY INCARCERATED AND ONLY EARN $6.00 dollars WEEKLY AND CAN NOT AFFORD TO PAY THE FEES.

12.  *State the city and state of your legal residence*
STORMVILLE, NEW YORK

*Your daytime phone number:*

*Your age:* 52     *Your years of schooling:* 2 YEARS OF COLLEGE.

Rev. 12.1.2018

| | | | | |
|---|---|---|---|---|
| Alimony, maintenance, and support paid to others | $ | *NONE* | $ | *NONE* |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | *NONE* | $ | *NONE* |
| Other (specify): | $ | *NONE* | $ | *NONE* |
| **Total monthly expenses:** | $ | *NONE* | $ | *NONE* |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☑ No        If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

   *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I AM CURRENTLY IN CARCERATED AND ONLY MAKE $6.50 dollars WEEKly AND CAN NOT Afford AN ATTORNEY NOR PAY THE FEE.

12. *State the city and state of your legal residence*
   STORMVille, NEW YORK

   *Your daytime phone number:*
   NONE
   *Your age:* 52    *Your years of schooling:* 2 YEARS OF College.

Rev. 12.1.2018

```
                STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                           GREEN HAVEN    CORRECTIONAL FACILITY
                   INMATE STATEMENT FOR THE PERIOD 11/01/18 THRU 11/30/18
   ************************************************************************************
   *                                                                               *
   *     NAME:OCASIO RONALD              DEPT ID:94A5445   CELL LOC:0D-02-021  NYSID:06796122P  *
   *                                                                               *
   ************************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT GREEN HAVEN | | | | | | 89.64 |
| | | BALANCE FORWARD | | | | 31.40 | 58.24 | 89.64 |
| GREEN HAVEN | 11/01/18 | PAYROLL RCPT | 116403 | 7.75 | | .00 | 65.99 | 97.39 |
| GREEN HAVEN | 11/04/18 | ELECTRONIC RECEIPT | AB31021 | 50.00 | | .00 | 115.99 | 147.39 |
| GREEN HAVEN | 11/08/18 | COMM BUY | | | 67.82 | .00 | 48.17 | 79.57 |
| GREEN HAVEN | 11/08/18 | PAYROLL RCPT | 116403 | 7.75 | | .00 | 55.92 | 87.32 |
| GREEN HAVEN | 11/15/18 | PAYROLL RCPT | 116403 | 7.75 | | .00 | 63.67 | 95.07 |
| GREEN HAVEN | 11/16/18 | POSTAGE | | | 7.62 | .00 | 56.05 | 87.45 |
| GREEN HAVEN | 11/21/18 | PAYROLL RCPT | 116403 | 6.20 | | .00 | 62.25 | 93.65 |
| GREEN HAVEN | 11/23/18 | COMM BUY | | | 55.80 | .00 | 6.45 | 37.85 |
| GREEN HAVEN | 11/29/18 | PAYROLL RCPT | 116403 | 6.20 | | .00 | 12.65 | 44.05 |
| | | MONTHLY ENDING TOTALS | | 85.65 | 131.24 | 31.40 | 12.65 | 44.05 |

```
                    ENDING BALANCE AT GREEN HAVEN                                   44.05

          20%  OF AVERAGE 6 MO SPENDABLE BALANCE      12.99   20%  OF AVERAGE 6 MO DEPOSIT AMT      19.74


                    LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     8.60
                    THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

```
   ------------------------------------------------ ENCUMBRANCE BREAKDOWN -------------------------------------------------
   ---- REASON ----    DATE IMPOSED   --- NOTES ---      TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
   GATE MONEY            07/31/14      AUTO GATE MONEY      31.40        .00        31.40         .00
```

       *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_Ronald Ocasio_ v.

_United States_

_of America_

**CERTIFICATE OF SERVICE**
Docket Number: _19-487_

I, _Ronald Ocasio_ , hereby certify under penalty of perjury that on
_MAY 13, 2019_ , I served a copy of _Affidavit of accompanying_
(name)
_Motion for permission in Forma Pauperis_
(date)
(list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| SARAH EDDY (AUSA) | ONE ST. ANDREW'S PLAZA | NEW YORK | N.Y. | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

_MAY 13 2019_
Today's Date

_R. Ocasio_
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

NEOPOST

05/13/2019

US POSTAGE $00

ZIP
041L1

Ronald
GREEN HAVEN CORR. FAC.
594 Route 216
Stormville, N.Y., 12582

USM40LD
SDNY

CLERK's OFFICE
U.S. COURT OF APPEALS
FOR Second CIRCUIT
U.S. COURTHOUSE
40-FOLEY SQUARE
NEW YORK, N.Y., 10007