```
                                        Ronald OCASIO Din: 94A5445
                                        Green Haven Correctional Facility
                                        594 Route 216
                                        Stormville, NY 12582
```

Clerks' Office
U.S. District Court
Southern District Court of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

    In Re: <u>Ronald OCASIO v. United States</u>,
           95 CR. 942 (DAB)

    Sub: Motion Status

                                            December 8, 2020

Dear Court Clerk:

    I am the petitioner in the aforementioned case and I am inquiring into the status of the 18 U.S.C. § 2255 motion I filed with this court on November 27, 2020 (see attachment).

    Thank you for your attention in this matter. I remain.

                                                      Respectfully,

                                                      *[signature]*
                                                      Ronald OCASIO

cc: File

Ronald OCASIO Din: 94A5445
Green Haven Correctional Facility
594 Route 216
Stormville, NY 12582

U.S. District Court
Southern District of New York
U.S. Courthouse, Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

In Re: Ronald OCASIO v. United States,
95 CR. 942 (DAB); 2nd Cir. Docket 19-487

Sub: Submission of 18 U.S.C. § 2255 Motion

November 27, 2020

Dear Court Clerk:

In accordance with the 2nd Circuit Court of Appeals's order granting me permission to file a second or successive 18 U.S.C. § 2255, I submit the enclosed motion for filing with this court. Please notify me in writing as to the filing date.

Thank you for your attention in this matter. I remain.

Respectfully,

R. Ocas[signature]
Ronald OCASIO

cc: File

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## DISBURSEMENT OR REFUND REQUEST

CELL LOCATION

NAME  Ronald Ocasio

DATE  N.V. 27  20

CODE TYPE

INMATE NUMBER

"SHORT NAME"

FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER

RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP

AMOUNT $   9.70

SENT TO CODE
(SEE TABLE B-6)

ITEM
DESCRIPTION

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| ADDRESS | | | APT. NO. |
| CITY  NEW YORK | STATE  N.Y. | | ZIP CODE |

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INMATE ACCOUNT.

APPROVED _____ (SOURCE AREA)   DATE _____

APPROVED _____ (BUSINESS OFFICE)   DATE _____

(INMATE SIGNATURE)

FORM 2706 (7/11)          Original - Business Office   Yellow - Approving Office   Pink - Inmate

---

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## DISBURSEMENT OR REFUND REQUEST

CELL LOCATION

NAME  Ronald Ocasio

DATE  N.V. 27  20

CODE TYPE

INMATE NUMBER

"SHORT NAME"

FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER

RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP

AMOUNT $   7.75

SENT TO CODE
(SEE TABLE B-6)

ITEM
DESCRIPTION

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| ADDRESS | | | APT. NO. |
| CITY  NEW YORK | STATE  N.Y. | | ZIP CODE |

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INMATE ACCOUNT.

APPROVED _____ (SOURCE AREA)   DATE _____

APPROVED _____ (BUSINESS OFFICE)   DATE _____

(INMATE SIGNATURE)

FORM 2706 (7/11)          Original - Business Office   Yellow - Approving Office   Pink - Inmate

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: Ronald Ocasio   DIN: 94A5445

RECEIVED
2020 DEC 14 PM 2:43
CLERK'S OFFICE
S.D.N.Y.

USM SDNY



NEOPOST
12/09/2020
US POSTAGE $000.50⁰
ZIP 12582
041M11466608

Criminal    JKR
 Docketing
LEGAL MAIL

CLERK'S OFFICE
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y., 10007