

The parties' joint letter motion seeking approval of the proposed briefing schedule is GRANTED.  Petitioner shall file his supplemental brief by May 3, 2021.  The Government shall respond by June 18, 2021.  Petitioner shall file any reply by July 2, 2021.

SO ORDERED.

Date: March 2, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

March 2, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Ronald Ocasio, 95-Cr-942 (JPC)

Dear Judge Cronan:

    Ronald Ocasio's 28 U.S.C. § 2255 petition is pending before this Court.  On February 23, 2021, this Court appointed me pursuant to the Criminal Justice Act to represent Mr. Ocasio in pursuing a *Brady* claim raised in his petition.  The Court directed the parties to propose a briefing schedule within 7 days.

    I have consulted with the government and made a preliminary review of the record as it exists on PACER.  It is clear that proper analysis of Mr. Ocasio's *Brady* claim will require a review of the trial record (currently in storage), as well as a potential review of the discovery and 3500 material disclosed to the defense prior to trial in 1997.  All of this will take time.  I therefore respectfully propose, with the consent of the government, the following briefing schedule:

- Supplemental Brief Due 5/3/21
- Government Response Due 6/18/21
- Defense Reply Due 7/2/21

    Although I will endeavor to work with all reasonable speed, the delays inherent with the review of a 25 year old case may require a future modification of this schedule.

    Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Attorney for Ronald Ocasio*

cc:    AUSA Matthew Shahabian
       Ronald Ocasio