UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD OCASIO, <br><br> Movant, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | 20 Civ. 9733 (JPC) <br><br> 95 Cr. 942 (JPC) <br><br> ORDER |

JOHN P. CRONAN, United States District Judge:

On April 14, 2021, the Court received several letters in the mail written on behalf of Mr. Ronald Ocasio. The letters appear to offer support for Mr. Ocasio and seem to advocate for his release from prison. The only matter before the Court is a 28 U.S.C. § 2255 petition, and thus the Court will not consider these letters. Counsel for Mr. Ocasio is respectfully directed to remind Mr. Ocasio that family, friends, and other individuals should not send letters to Chambers and instead should send any communications to Mr. Ocasio's attorney.

The Court does not plan to file these letters on the docket. If either party believes that these letters should be publicly filed, counsel should file a letter with the Court within one week of the filing of this Order.

SO ORDERED.

Dated: April 14, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge