



This request is granted. Petitioner shall file his supplemental brief by July 2, 2021. The Government shall respond by August 13, 2021. Petitioner shall file any reply by August 27, 2021

SO ORDERED.

Date: April 27, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

April 27, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                            **Re:**     **United States v. Ronald Ocasio, 95-Cr-942 (JPC)**
                                                                           20cv9733

Dear Judge Cronan:

      Ronald Ocasio's 28 U.S.C. § 2255 petition is pending before this Court. On February 23, 2021, this Court appointed me pursuant to the Criminal Justice Act to represent Mr. Ocasio in pursuing a *Brady* claim raised in his petition. Upon suggestion by the parties, the Court set a briefing schedule, with the defense submission being due on May 3, 2021.

      Since then, the government has obtained most of the trial record, contained in about 40 boxes, and has recently shared the trial transcript with me. The trial transcript is lengthy, and I have not yet had the opportunity to review it. With the consent of the government, therefore, I respectfully propose an alteration of the existing briefing schedule, as follows:

- Supplemental Brief Due 7/2/21
- Government Response Due 8/13/21
- Defense Reply Due 8/27/21

      Once I have reviewed the trial record, I will be in a better position to assess whether review of discovery and 3500 material is necessary, which may occasion a request for additional time.

      Thank you for your consideration.

                                                Sincerely,

                                                /s/

                                                Florian Miedel
                                                *Attorney for Ronald Ocasio*

cc:     AUSA Matthew Shahabian
         Ronald Ocasio