UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD OCASIO,<br><br>                         Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                       Respondent. | 20 Civ. 9733 (JPC)<br><br>95 Cr. 942 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

      On April 28, 2021, the Court received the attached letter in the mail from Mr. Ocasio. The Court respectfully reminds Mr. Ocasio that he should not mail anything directly to Chambers and should communicate with the Court through his attorney.

      SO ORDERED.

Dated:  April 28, 2021
          New York, New York

                                                    JOHN P. CRONAN
                                         United States District Judge

Ronald Ocasio #94-A-5445
Green Haven Correctional Facility
594 Route 216
Stormville, N.Y. 12582-0010

April 19th, 2021.

Honorable John P. Cronan
United States District Judge
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

IN: <u>United States v. Ronald Ocasio</u>, 95 CR. 942 (JPC); and,

SUBJ: <u>LETTERS OF SUPPORT</u>.

Dear Judge Cronan:

    Good day/afternoon to you. This correspondence is being sent directly to you pertaining, in part, to the above-mentioned.

    On or around April 15th, 2021, I was advised by my counsel that Your Honor has issued an ORDER regarding some letters of support that may have been mailed to you by various family members and other concerned loved ones.

    Please be advised, that in no way was it ever my intent to disrespect nor overwhelm this Court with matters that are outside of the scope of what is (currently) at bar. We, my family and loved ones, were unfamiliar with your court rules and or practice, but we also just wanted to give you a look at the man outside of what you may ascertain from dated court documents. We strongly believe that in order to completely judge an individual, one must also know the change and present character of that individual, as the papers before you can never express that. What better way for someone who does not know anything about someone that they are to judge, then hearing some things from those who honestly know him, and have been with him every step of the way?

    In understanding that your task is not a personal or easy one, it was with sincere hopes that you would take a minute to consider the words of the many people who support and believe in me, and who I am today. I now respect your ORDER, and have asked my family and loved ones to refrain from mailing letters of support directly to you, sir.

    I wish to thank you, in advance, for your attention, time, and consideration concerning these matters, Your Honor.

cc file:

Respectfully,

_R. Ocasi_

Ronald Ocasio.

Mr. Ronald Ocasio #94-A-5445
GREEN HAVEN CORRECTIONAL FACILITY
594 ROUTE 216
STORMVILLE, NY 12582

NEOPOST
04/23/2021
FIRST-CLASS MAIL
$000.50

GREEN HAVEN

Honorable John P. Cronan
United States District Judge
Southern District of New York
U.S. Courthouse - 500 Pearl St.
New York, N.Y. 10007

10007100 C014

LEGAL CORRESPONDENCE

Printed On Recycled Paper

MR. RONALD OCASIO #94A5445