

Although Mr. Ocasio is proceeding *pro se* with regard to certain claims in his petition, all communications from Mr. Ocasio should be mailed to the *Pro Se* Intake Unit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 in accordance with 2.A of the Court's Individual Rules and Practices for *Pro Se* Litigants. Mr. Ocasio's *pro se* reply brief shall be filed by July 2, 2021. The Clerk of Court is respectfully directed to mail a copy of this Memo Endorsement to Mr. Ocasio.

**SO ORDERED.**

Date: April 28, 2021
   New York, New York

JOHN P. CRONAN
United States District Judge

April 28, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Ronald Ocasio, 95-Cr-942 (JPC)

Dear Judge Cronan:

    Ronald Ocasio's 28 U.S.C. § 2255 petition is pending before this Court. On February 23, 2021, this Court appointed me pursuant to the Criminal Justice Act to represent Mr. Ocasio in pursuing a *Brady* claim raised in his petition. Yesterday, the Court scheduled the defense submission to be filed by July 2, 2021.

    Today the Court issued an order requesting Mr. Ocasio to stop sending letters directly to the Court. I will advise Mr. Ocasio of the Court's order. However, as the Court is aware, counsel is only appointed for purposes of the *Brady* claim in Mr. Ocasio's § 2255 petition. He remains *pro se* for the remainder of the issues in his petition. In March, Mr. Ocasio asked the Court for extra time to reply to the government's opposition. The Court has not yet resolved that motion. In light of the briefing schedule on the *Brady* claim, and to reduce additional correspondence from Mr. Ocasio on this point, I respectfully request that Mr. Ocasio be permitted to file his *pro se* reply at the time my supplemental brief is filed in July.

    Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Attorney for Ronald Ocasio*

cc:     AUSA Matthew Shahabian
   Ronald Ocasio

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com