

August 24, 2021

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                              Re:     <u>United States v. Ronald Ocasio, 95-Cr-942 (JPC)</u>

Dear Judge Cronan:

     Ronald Ocasio's 28 U.S.C. § 2255 petition is pending before this Court. On February 23, 2021, this Court appointed me pursuant to the Criminal Justice Act to represent Mr. Ocasio in pursuing a *Brady* claim raised in his petition. That brief is currently due on August 30, 2021.

     After considerable time and a number of conversations with Mr. Ocasio, we have decided that I will not be filing a memorandum of law in support of the *Brady* claim in his § 2255 motion, and I respectfully ask to be relieved. However, Mr. Ocasio continues to litigate his issues with great diligence and he wishes to pursue the *Brady* claim *pro se*. Because of COVID related lockdowns and impediments to spending time in the law library, Mr. Ocasio requests an additional 60 days to supplement his *pro se* § 2255 submission. The government consents to this request.

     Thank you for your consideration.

                                                         Sincerely,

                                                         /s/

                                                        Florian Miedel
                                                        *Attorney for Ronald Ocasio*

cc:    AUSA Matthew Shahabian
        Ronald Ocasio

These requests are granted. The Clerk of Court is respectfully directed to terminate Mr. Miedel as counsel of record in the following cases: 95 Cr. 942 and 20 Civ. 9733.

Mr. Ocasio's *pro se* brief is due October 29, 2021. The Clerk of Court is respectfully directed to mail a copy of this Memorandum Endorsement to Mr. Ocasio at the following address: Ronald Ocasio, DIN No. 94-A-5445, Green Haven Correctional Facility, 594 Route 216, P.O. Box 4000, Stormville, NY 12582.

SO ORDERED.

Date: August 30, 2021                              _____
      New York, New York                     JOHN P. CRONAN
                                             United States District Judge