

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ronald Ocasio*, 95 Cr. 942 (JPC)
20 Civ. 9733

Dear Judge Cronan:

The Government respectfully submits this letter to request an extension of time, *nunc pro tunc*, to respond to the defendant's reply memorandum in support of his motion to vacate his conviction pursuant to 28 U.S.C. § 2255. The Court previously set a deadline for the defendant to file his brief regarding his *Brady* claims by March 3, 2022, with the Government's response due March 17, 2022. *See* Dkt. 423. The defendant's brief was docketed on March 11, 2022. *See* Dkts. 426-428.

Due to the Government's oversight, the Government failed to respond to the defendant's brief by March 17, 2022. The Government apologizes to the Court and the defendant for the Government's oversight. The Government respectfully requests an additional 10 days, until April 15, 2022, to file its response to the defendant's *Brady* brief.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

Cc:    Ronald Ocasio (by U.S. Mail)

The Court grants the Government's extension request *nunc pro tunc*. The Government shall file its response to Mr. Ocasio's *Brady* claim brief by April 15, 2022. Mr. Ocasio's reply, if any, is due by May 15, 2022. The Clerk of the Court is respectfully directed to mail a copy of this order to the *pro se* petitioner.

SO ORDERED.

Date: April 6, 2022
New York, New York

JOHN P. CRONAN
United States District Judge