

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2022

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Ronald Ocasio*, 95 Cr. 942, 20 Civ. 9733 (JPC)

Dear Judge Cronan:

      The Government respectfully submits this letter to request an additional extension of time to respond to the defendant's reply memorandum in support of his motion to vacate his conviction pursuant to 28 U.S.C. § 2255. The Government's brief is currently due today, April 15, 2022. The defendant's reply brief raises additional factual assertions—including that the Bronx County District Attorney's Office obtained certain information the defendant contends is *Giglio* material from the files of this Office—that has led the Government to engage in additional factual investigation regarding the defendant's claims. The Government needs additional time to ensure a proper vetting of the defendant's allegations before responding to them. Accordingly, the Government respectfully requests and additional two weeks, to April 29, 2022, to respond to the defendant's reply brief.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney

                      by:   /s/_____
                           Matthew R. Shahabian
                           Assistant United States Attorney
                           (212) 637-1046

Cc:    Ronald Ocasio (by U.S. Mail)

This request is granted. The Government shall file its response to Mr. Ocasio's reply memorandum by April 29, 2022. Mr. Ocasio's response to the Government's submission, if any, is due by May 31, 2022. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 432 and to mail a copy of this order to the pro se petitioner.

SO ORDERED.

Date: April 18, 2022
       New York, New York    JOHN P. CRONAN
                               United States District Judge